UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 15, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA   MY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>v.          )<br>            )<br>LIANG GUO YU, )<br>            )<br>        Defendant. )<br>_____ ) | Case No. 2:18-mj-00115-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, LIANG GUO YU, Case No. 2:18-mj-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

   _X_   Co-Signed Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant is ordered to appear in the Southern District of Texas on June 26, 2018 at 11:30 a.m. before Magistrate Judge Ormsby.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/15/2018  at  3:22 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge